| | |
|---|---|
| 1 | DALE L. ALLEN, JR., State Bar No. 145279 |
|   | dallen@aghwlaw.com |
| 2 | KEVIN P. ALLEN, State Bar No. 252290 |
|   | kallen@aghwlaw.com |
| 3 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
|   | 180 Montgomery Street, Suite 1200 |
| 4 | San Francisco, CA  94104 |
|   | Telephone:       (415) 697-2000 |
| 5 | Facsimile:        (415) 813-2045 |

Attorneys for Defendant
GEORGE MARCUS

JOHN L. BURRIS
John.burris@johnburrislaw.com
ADANTE' D. POINTER
Adante.pointer@johnburrislaw.com
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:       (510) 839-5200
Facsimile:        (510) 839-3883

Attorneys for Plaintiff
ALEXANDER WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WARREN, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE MARCUS, individually and in his official capacity as a City of Richmond Police Officer and City of Richmond police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No.: C13-4464 DMR<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE<br><br>Date:            May 15, 2014<br>Time:           9:30 a.m.<br>Courtroom:  A<br>Judge:          Magistrate Judge Nathanael M. Cousins |

On May 13, 2014, defendant GEORGE MARCUS and Plaintiff ALEXANDER WARREN submitted a stipulation to continue the Mandatory Settlement Conference, currently scheduled before the Honorable Magistrate Judge Nathanael M. Cousins on May 15, 2014 in

---

1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  Courtroom A.

2  Good cause appearing, the stipulation is hereby granted.  The May 15, 2014 date is hereby
3  vacated. The Mandatory Settlement Conference is re-scheduled for July 10, 2014 at 9:30 a.m. in
4  ~~Courtroom A.~~  at the Oakland courthouse in a courtroom to be determined.

5  
6  DATED:    May 13, 2014              By: _____
                                            Magistrate Judge Nathanael M. Cousins



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

8629.1            [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE MSC