UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER WARREN,

    Plaintiff(s),

v.

GEORGE MARCUS,

    Defendant(s).

                                     /

No. C-13-04464 DMR

**ORDER TO FILE EVIDENCE CITED IN PLAINTIFF'S OPPOSITION BRIEF**

The court has received Defendant George Marcus's motion for summary judgment and Plaintiff Alexander Warren's opposition thereto. [Docket Nos. 41, 48.] In performing a preliminary review of Plaintiff's opposition papers, the court has determined that at least three pages of deposition testimony to which Plaintiff cited were not included in the evidence attached to the supporting Declaration of Adante Pointer (Docket Nos. 48-1, 48-2), including pages 16, 59, and 71 of Plaintiff's deposition. There may be other evidence cited in the opposition brief that was not attached to the Pointer Declaration. Therefore, Plaintiff is ordered to review the evidence cited in his brief and the evidence attached to the Pointer Declaration for completeness. By no later than **12:00 p.m. on December 22, 2014**, Plaintiff shall file the missing pages of Plaintiff's deposition along with any other evidence cited in his brief that was not attached to the Pointer Declaration.

IT IS SO ORDERED.

Dated: December 19, 2014

DONNA M. RYU
United States Magistrate Judge