UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WARREN, | No. C-13-04464 DMR |
| Plaintiff(s), | **SECOND ORDER TO FILE EVIDENCE CITED IN PLAINTIFF'S OPPOSITION BRIEF** |
| v. | |
| GEORGE MARCUS, | |
| Defendant(s). | |

On December 19, 2014, the court ordered Plaintiff Alexander Warren to submit evidence that had been cited in his brief in opposition to Defendant George Marcus's motion for summary judgment but had not been attached to the December 18, 2014 declaration of Adante Pointer. Plaintiff filed an amended declaration on December 22, 2014 which purports to include all of the evidence that was inadvertently omitted from the original declaration (Docket No. 50) and submitted a chambers copy of the declaration and evidence. However, Plaintiff's evidence is still incomplete, as he has not lodged a chambers copy of Exhibit F to the Pointer declaration, which is a "video recording of the shooting of Plaintiff" dated December 21, 2011. (Pointer Decl., Dec. 22, 2014, ¶ 7.) **Plaintiff is ordered to lodge a chambers copy of Exhibit F by no later than 4:00 p.m. on December 23, 2014.**

IT IS SO ORDERED.

Dated: December 23, 2014



DONNA M. RYU
United States Magistrate Judge