# ALLEN, GLAESSNER, HAZELWOOD &WERTH, LLP  ATTORNEYS

180 Montgomery Street, Suite 1200  
San Francisco, California 94104

Telephone (415) 697-2000  
Facsimile (415) 813-2045  
E-Mail: kallen@aghwlaw.com

Our File No.:  
01186-00001

December 23, 2014

Honorable Donna M. Ryu  
United States District Court  
Northern District  
1301 Clay Street  
Oakland, CA 94612

Re: <u>Warren v. Marcus et al.</u>  
US District Court – Northern District Case No.: 4:13-cv-04464-DMR

Dear Judge Ryu:

Under Local Rule 7-3(c) and Federal Rule of Civil Procedure 6(a), Defendant's Reply for Motion for Summary Judgment is due Friday, December 26, 2014 (December 25th being a holiday). In light of the unsettled nature of Plaintiff's Opposition and its supporting evidence (e.g. Docket No. 51), Defendant's ability to prepare his Reply has been impacted. Defendant respectfully requests a brief extension (until Monday, December 29th) to file his Reply.

Thank you for considering this request.

Very truly yours,

ALLEN, GLAESSNER,  
HAZELWOOD & WERTH, LLP

/s/ *Kevin P. Allen*

Kevin P. Allen

**IT IS SO ORDERED.**

DATED: Dec. 23, 2014

_____  
DONNA M. RYU  
United States Magistrate Judge



36364.1