UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WARREN, | No. C-13-04464 DMR |
| Plaintiff(s), | **ORDER RE PLAINTIFF'S EXPERT DISCLOSURE** |
| v. | |
| GEORGE MARCUS, | |
| Defendant(s). | |

On December 18, 2014, Plaintiff Alexander Warren filed his opposition to Defendant George Marcus's motion for summary judgment. Included as evidence in support of his opposition was the expert report of retained expert Roger Clark ("Clark report"). (Pointer Decl., Dec. 18, 2014 ¶ 6 Ex. E.) In his reply, Defendant objects to the entire Clark report on the grounds that Plaintiff did not disclose Clark as an expert prior to the expert disclosure deadline of November 12, 2014 or the November 25, 2014 rebuttal disclosure deadline. (Def's Reply 10-11; *see also* Docket No. 20.) Defendant submitted Plaintiff's Expert Disclosure Statement listing Clark as a retained expert which is dated December 22, 2014. (Dale Allen Decl., Dec. 29, 2014 ¶ 6 Ex. A.) Defense counsel states that Plaintiff did not serve a copy of the Clark report on Defendant prior to filing his opposition to Defendant's motion for summary judgment. (Dale Allen Decl. ¶ 2.) Expert discovery closed on December 9, 2014.

By no later than January 12, 2015, Plaintiff shall file a statement setting forth the exact dates he disclosed to Defendant his expert, Clark, and disclosed Clark's expert report.  If Plaintiff did not disclose Clark and/or his expert report by the applicable deadline, he shall also state why his failure to timely disclose was "substantially justified" or "is harmless."  *See* Fed. R. Civ. P. 37(c)(1). Plaintiff's statement shall not exceed two pages.

IT IS SO ORDERED.

Dated: January 7, 2015



DONNA M. RYU
United States Magistrate Judge

2