# Allen, Glaessner, Hazelwood & Werth, LLP

ATTORNEYS

180 Montgomery Street, Suite 1200　　　　　　　　　　　　　　　　　　　Telephone (415) 697-2000
San Francisco, California 94104　　　　　　　　　　　　　　　　　　　　Facsimile (415) 813-2045
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-Mail: dallen@aghwlaw.com

Our File No.:
01186-00001

February 25, 2015

Honorable Donna M. Ryu
United States District Court
Northern District
1301 Clay Street
Oakland, CA 94612

Re:　Warren v. Marcus et al.
　　　US District Court – Northern District Case No.: 4:13-cv-04464-DMR

Dear Judge Ryu:

　　　In light of the trial continuance to May 11, 2015, the parties are working toward still filing the pretrial documents and exchanging of list of exhibits by the Friday, February 27, 2015 extended deadline.  The parties join in a request that the court extend the deadline to exchange and file with the court the actual binders of trial exhibits to Friday March 27, 2015.  In the alternative the parties will file exhibit binders with the court but ask permission to supplement with exhibits still being prepared for trial presentation, but will be identified in the exhibit binders.

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　ALLEN, GLAESSNER,
　　　　　　　　　　　　　　　　　HAZELWOOD & WERTH, LLP

　　　　　　　　　　　　　　　　　/s/ *Dale L. Allen*

　　　　　　　　　　　　　　　　　Dale L. Allen



GRANTED
Judge Donna M. Ryu

42062.1