UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WARREN,<br><br>    Plaintiff,<br><br>        v.<br><br>GEORGE MARCUS,<br><br>    Defendant. | Case No. 13-cv-04464-DMR<br><br>**ORDER RE PARTIES' PROPOSED JURY INSTRUCTIONS**<br><br>Re: Dkt. Nos. 82, 87 |

The court has received the parties' proposed jury instructions. [Docket Nos. 82, 87.] In the Amended Case Management and Pretrial Order (Docket No. 69), the court ordered the parties to submit proposed jury instructions **jointly**. Any instructions on which the parties could not agree were to be submitted separately. It appears that the parties' individual proposals contain some overlapping instructions. Additionally, the parties each submitted Model Ninth Circuit Jury Instruction No. 1.2 (Claims and Defenses) but did not submit the text of the proposed case-specific instruction. Therefore, the court orders the parties to meet and confer regarding the proposed jury instructions. By no later than **April 23, 2015**, the parties shall **jointly** submit the jury instructions on which the parties agree, and shall separately re-file those instructions on which the parties do not agree.

**IT IS SO ORDERED.**

Dated: April 21, 2015



_____
Donna M. Ryu
United States Magistrate Judge