UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER WARREN,

    Plaintiff,

    v.

GEORGE MARCUS,

    Defendant.

Case No. 13-cv-04464-DMR

**ORDER RE PLAINTIFF'S EXHIBIT LIST AND OBJECTIONS THERETO**

Re: Dkt. No. 89

On February 27, 2015, Plaintiff Alexander Warren filed his trial exhibit list, listing 23 separate exhibits. [Docket No. 89.] Plaintiff also lodged copies of his trial exhibits in binders, which included a second, different exhibit list with only 20 exhibits. On April 2, 2015, Defendant George Marcus filed objections to Plaintiff's exhibit and witness lists, objecting to nine proposed exhibits. [Docket No. 102.] It appears that Defendant's objections correspond to the exhibits listed on Plaintiff's exhibit list filed as Docket No. 89, not to the exhibits listed on the lodged list. Therefore, by no later than April 29, 2015, Plaintiff shall file the correct version of his exhibit list which corresponds to the exhibits he previously lodged. By no later than April 30, 2015, Defendant shall file a revised list of objections which clarifies the new exhibit numbers to which his previous objections apply.

**IT IS SO ORDERED.**

Dated: April 28, 2015



_____
Donna M. Ryu
United States Magistrate Judge