UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER WARREN,

    Plaintiff,

  v.

GEORGE MARCUS,

    Defendant.

Case No. 13-cv-04464-DMR

**ORDER TO SUBMIT PROPOSED JUDGMENT**

Re: Dkt. No. 108

The court has received Plaintiff Alexander Warren's Notice of Acceptance of Judgment pursuant to Federal Rule of Civil Procedure 68.  [Docket No. 108.]  All pretrial and trial dates are vacated.  The parties shall jointly submit a proposed judgment by no later than May 1, 2015.

**IT IS SO ORDERED.**

Dated: April 29, 2015



Donna M. Ryu
United States Magistrate Judge